JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO QUINTERO ENRIQUES aka MIGUEL ANGEL QUINTERO,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLTZ, Warden,<br><br>    Respondent. | Case No. 2:23-cv-10385-MRA (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that this matter be transferred to the United States District Court for the Southern District of Alabama.

Dated:      September 27, 2024

_____
MONICA RAMIREZ ALMADANI
United States District Judge